# Exhibit C

**[Subject to *Plaintiffs' Motion to Seal Exhibits A and C to the Complaint and Incorporated Memorandum of Law*]**